United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ANGEL PEREZ GOMEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-023 |
| | § | |
| KRISTI NOEM, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

The Court has reviewed Plaintiff Juan Angel Perez Gomez's Complaint for Declaratory and Injunctive Relief (Doc. 1), in which he presents an action under 8 U.S.C. § 1503. The Court takes judicial notice that in July 2025, Plaintiff's substantively-identical claims were dismissed as untimely filed. *See Perez Gomez v. Limon*, Civil Case No. 1:25-60 (S.D. Tex. 2025), Doc. 15. Perez did not appeal that decision.

An order dismissing a claim as time-barred "is a final judgment on the merits for res judicata purposes." *Carter v. Nicholson*, No. 07-20169, 2007 WL 3316086, at *2 (5th Cir. Nov. 8, 2007) (per curiam) (unpubl.) (citing *Nilsen v. City of Moss Point*, 701 F.2d 556, 561 (5th Cir. 1983) (en banc)).

Given this procedural history, it is:

**ORDERED** that by no later than February 17, 2025, Plaintiff Juan Angel Perez Gomez shall file a Statement with the Court showing cause why his claims under 8 U.S.C. § 1503 should not be dismissed based on the resolution in *Perez Gomez v. Limon*, Civil Case No. 1:25-60 (S.D. Tex. 2025).

Signed on January 26, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge